Bankruptcy # : 17-13929MDC13

Adv. #: 17-00155

## AFFIDAVIT

I, Alexander Ringgold, hereby swear or affirm that I own my residence 5639 Addison Street, Philadelphia, PA 19143 with a value of $73,100. That I have two mortgages with PHFA. The first mortgage has a balance of approximately $105,000 and therefore the second mortgage is wholly unsecured.

Dated: 09/15/17

_____
Alexander Ringgold